

AUSA Asheeka Desai (312) 886-2050

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 25CR535 |
| v. | Hon. M. David Weisman<br>Magistrate Judge |
| MOHAMMED EL-HANINI | |

### AFFIDAVIT IN REMOVAL PROCEEDING

I, PIERRE PARGO, appearing before United States Magistrate Judge M. DAVID WEISMAN by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that MOHAMMED EL-HANINI has been charged with a violation of supervised release in the Eastern District of Louisiana.

A copy of the arrest warrant is attached.

/s/ Pierre Pargo
PIERRE PARGO
Deputy U.S. Marshal
United States Marshals Service

SWORN TO AND AFFIRMED by telephone this 3rd day of September, 2025.

M. DAVID WEISMAN
United States Magistrate Judge

Click here to enter text.AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | CR 15-199 B (1) |
| | ) | | |
| | ) | | |
| | ) | | |
| MOHAMMED EL-HANINI | ) | | |
| *Defendant* | | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Mohammed El-Hanini ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Violation of Conditions of Supervised Release

Date: Feb 02 2021

Carol L. Michel
*Name of clerk of court*

*Deputy clerk's signature*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2015 AUG 14 PM 3:36

WILLIAM W. BLEVINS
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## INDICTMENT FOR BANK ROBBERY



**FELONY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 15-199 |
| v. | * | SECTION: SECT. B MAG. 1 |
| MOHAMMED EL-HANINI | * | VIOLATIONS: 18 U.S.C. § 2113(a) |
| | | 18 U.S.C. § 2113(d) |
| | * | 18 U.S.C. § 924(c) |

\* \* \*

The Grand Jury charges that:

### COUNT 1

On or about July 31, 2015, in the Eastern District of Louisiana, the defendant, **MOHAMMED EL-HANINI**, by force, violence, and intimidation, did take from the person or presence of another, money, namely $6,100 belonging to and in the care, custody, control, management and possession of the First Bank and Trust, 4550 General DeGaulle Drive, Algiers, New Orleans, a bank whose deposits are insured by the Federal Deposit Insurance Corporation, and in committing that offense did assault or put in jeopardy the life of another by the use and discharge of a dangerous weapons, that is, a handgun, in violation of Title 18, United States Code, Sections 2113(a) and (d).

√ Fee USA
___ Process
x  Dktd
___ CtRmDep
___ Doc. No.

## COUNT 2

On or about July 31, 2015, in the Eastern District of Louisiana, the defendant, **MOHAMMED EL-HANINI**, knowingly used, carried, brandished, and discharged a firearm during and in relation to the defendant's commission of a crime of violence for which he may be prosecuted in a court of the United States, to wit: bank robbery, in violation of Title 18, United States Code, Sections 2113(a) and (d), as charged in Count 1 of Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## NOTICE OF BANK ROBBERY FORFEITURE

1. The allegations of Count 1 of this Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 2113 and 981(a)(1)(C), made applicable thought Title 28, United States Code, Section 2461.

2. As a result of the offense alleged in Count 1, defendant, **MOHAMMED EL-HANINI**, shall forfeit to the United States pursuant to Title 18, United States Code, Sections 2113 and 981(a)(1)(C), made applicable thought Title 28, United States Code, Section 2461, any and all property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 2113.

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    a. Cannot be located upon exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third person;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided without difficulty;

It is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Sections 924, 2113 and 981(a)(1)(C), made applicable thought Title 28, United States Code, Section 2461.

A TRUE BILL:

FOREPERSON

KENNETH ALLEN POLITE, JR
UNITED STATES ATTORNEY

_____
MYLES D. RANIER
Assistant United States Attorney
Louisiana Bar No. 30029

New Orleans, Louisiana
August 14, 2015

3

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

_Eastern_ District of _Louisiana_

_Criminal_ Division

## THE UNITED STATES OF AMERICA

vs.

## MOHAMMED EL-HANINI

## INDICTMENT

FOR

## BANK ROBBERY

**VIOLATION:** 18 U.S.C. § 2113(a)
18 U.S.C. § 2113(d)
18 U.S.C. § 924(c)

Filed in open court this ____ day of _____ A.D. 2015.

_____
Clerk

Bail, $ _____

_____
**MYLES DREW RANIER**
Assistant United States Attorney

PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ INFORMATION ☑ INDICTMENT<br>Matter Sealed: ☐ Juvenile ☐ Other than Juvenile<br>☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added<br>☐ Indictment ☐ Charges/Counts Added<br>☐ Information | CASE NO. **15-199**<br>USA vs.<br>Defendant: MOHAMMED EL-HANINI<br>Address: St. Charles Parish Jail<br>**SECT. B MAG. 1** |
| Name of District Court, and/or Judge/Magistrate Location (City)<br>UNITED STATES DISTRICT COURT EASTERN<br>DISTRICT OF LOUISIANA Divisional Office | |
| Name and Office of Person Furnishing Information on THIS FORM: Racquel Jeanjacques<br>☒ U.S. Atty ☐ Other U.S. Agency<br>Phone No. (504) 680-3000 | ☐ Interpreter Required Dialect: _____ |
| Name of Asst. U.S. Attorney (if assigned): Myles Drew Ranier | Birth Date 1977 ☑ Male ☐ Alien<br>☐ Female (if applicable) |
| **PROCEEDING**<br>Name of Complainant Agency, or Person (& Title, if any)<br>FBI | Social Security Number XXX-XX-6906 |
| ☐ person is awaiting trial in another Federal or State Court (give name of court) | **DEFENDANT** |
| ☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District | Issue: ☐ Warrant ☐ Summons<br>Location Status:<br>Arrest Date 7/31/2015 or Date Transferred to Federal Custody _____ |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. Atty ☐ Defense | ☑ Currently in Federal Custody<br>☐ Currently in State Custody<br>  ☐ Writ Required<br>☐ Currently on bond<br>☐ Fugitive |
| ☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)<br>☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under | SHOW DOCKET NO.<br>MAG. JUDGE CASE NO.<br>15-90 MAG |
| Place of offense: Orleans Parish County | Defense Counsel (if any): Gary Bizal<br>☐ FPD ☐ CJA ☑ RET'D<br>☐ Appointed on Target Letter<br>☐ This report amends AO 257 previously submitted |

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts ___2___ (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 USC § 2113(a) & (d), 924(c) | Bank Robbery | 1 |
| 4 | 18 USC § 924(c) | Discharge of weapon in furtherance of crime of violence | 1 |

TO: DOCKET CLERK  **15-199**

SECT. D MAG. 1

_X_ MAGISTRATE CASE NUMBER __15-90__

OR

__ NO MAGISTRATE PAPERS WERE FOUND

for

NAME: __MOHAMMED EL-HANINI__

Initials: __TBL__

If you receive this note without any initials, please return the entire packet to criminal desk .

Thank you

Prob 12C
(Rev. 12/16)

PACTS #: 1840511

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Louisiana

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Mohammed El-Hanini     Case Number: 053L 2:15CR00199-001 "B"

**Name of Sentencing Judicial Officer:** Honorable Ivan L.R. Lemelle, Senior United States District Judge

**Date of Sentence:** March 27, 2019

**Offense:** 18 U.S.C. §2113(a)(d); 924(c) – Armed Bank Robbery; Use of a Firearm During a Crime of Violence

**Sentence:** On January 22, 2018, El-Hanini appeared before Your Honor for a bench trial, and the Court found that the defendant was Not Guilty Only by Reason of Insanity. The Court ordered that the defendant be placed at FMC Butner. On March 27, 2019, Your Honor signed an order releasing the defendant from custody with twenty-five (25) directives. (See attached)

**Special Conditions:** 1.    See attached directives

**Other Court Action:** On November 8, 2019, Your Honor replaced stand-alone GPS location monitoring with GPS location monitoring by curfew.

On September 28, 2020, Your Honor signed an unopposed Motion to Amend Travel Conditions of Bond, allowing El-Hanini to travel to the country of Jordan for a two-week period. R.D. 162

**Type of Supervision:** Conditional Release     **Date Supervision Commenced:** May 16, 2019

**Assistant U.S. Attorney:** Myles Drew Ranier     **Defense Attorney:** Claude Kelly

---

### PETITIONING THE COURT

☒   To issue a warrant            ☐   To issue a summons

For the arrest of Mohammed El-Hanini for alleged violations of conditional release, and that he be brought before this Court to answer a Rule to Show Cause Why conditional release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision.

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory Condition: | El-Hanini was allowed to travel to the country of Jordan to visit his elderly parents for two weeks, from October 29, 2020, to November 15, 2020. As of this date, he has not returned to United States, absconding supervision. |

CUSTODIAL STATUS: Mohammed El-Hanini is not custody at this time.

Prob 12C
(Rev. 12/16)

PACTS #: 1840511

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 27, 2021

*Veronica Pichon* for Tiresha Fairley

Tiresha Fairley
Senior U. S. Probation Officer
504-589-3211 or
Date:   January 27, 2021
REVIEWED BY:

*Veronica Pichon*

Veronica Pichon
Supervising Probation Officer
Date:   January 27, 2021

Address of Offender:          4828 Zenith Street, Apt. 302
                              Metairie, Louisiana, 70001